■ In the Matter of the Claim of NATALIE GOLDSON, Appellant. COMMISSIONER OF LABOR, Respondent. [54 NYS3d 893]— Appeal from a decision of the Unemployment Insurance Appeal Board, filed January 12, 2016, which denied claimant's application for reopening and/or reconsideration of a prior decision.

Decision affirmed. No opinion.

McCarthy, J.P., Garry, Devine, Clark and Aarons, JJ., concur. Ordered that the decision is affirmed, without costs.